**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PATRICIA D. COX                                                                                                PLAINTIFF

v.                                            No. 3:13CV00195 JLH

CAPITAL QUARRIES COMPANY, INC.,
owned by or held by FARMER
HOLDING COMPANY, INC.                                                                          DEFENDANTS

**ORDER**

Farmer Holding Company, Inc., has moved to dismiss Patricia D. Cox's claims against it for lack of personal jurisdiction. In response, Cox has requested that the Court dismiss Farmer Holding Company, Inc., without prejudice. Patricia D. Cox's claims against Farmer Holding Company, Inc., are hereby dismissed without prejudice. Farmer Holding Company, Inc.'s motion is denied as moot. Document #7.

IT IS SO ORDERED this 31st day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE