**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PATRICIA D. COX                                                                 PLAINTIFF

v.                                      No. 3:13CV00195 JLH

CAPITAL QUARRIES COMPANY, INC.,
owned by or held by FARMER
HOLDING COMPANY, INC.                                                 DEFENDANT

**ORDER**

The Court has received notice that this action was settled in a settlement conference before

Magistrate Judge Beth Deere on September 3, 2014.  Accordingly, this action is dismissed with

prejudice.

IT IS SO ORDERED this 8th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE